CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 23 2021

JULIA C. DUDLEY, CLERK
BY: A Beeson
DEPUTY CLERK

Biven v. Six Unknown.

plaintive, Jasper Perdue
v
Defendent, Warden Streeval, Medical staff.

7:21CV290 (J)

On May 28th 2020, while in Special Housing Unit (SHU), at Lee County U.S.P., I Jasper Perdue #14755-040 got into a fight and broke my right hand. On the First day of National Lock down for the prisons because of the Riots happening on the streets all over the U.S., I was taken to a hospital/clinic for an emergency X-ray and it was determined that I suffered from a "Boxer's break" in my right hand. The Dr. at the clinic to me if I didnt recieve pins to make sure the bone heals correctly, That I would have pains with certain movements for the rest of my "Life" and that I was too young to be going through that, so I agreed to the surgery, and a splint was put on my hand and a surgery scheluded. Two weeks passed and I put in a "cop out" request to staff via institutional mail, about my surgery. Eight (8) weeks later I was took to another clinic for x-ray and they said my hand was 80% healed so I didnt need the surgery any longer. I'm experancing pains in my hand with certain movement, and I was trying to pursue a "Calinary Arts degree" now this is unlikely. I believe Im entitled to recieve, Three Million dollars and zero cents, ~~$3,000,000.0~~ $3,000,000.0 in

compensatory damages and Two Million dollars and zero cents, $2,000,000.0, in punitive damages for the "Mail Practice" and "Warden Streeval" not getting on top of his staff after I made the issue known in a "Compassinate Release Request" I sent to him. And violation of my Eighth Amendment Rights, Proof is found in B.O.P. Medical files. For a total of Five Million dollars and zero cents total, $5,000,000.0.

Dated: April 15, 2021

/S/ Jasper Perdue
Jasper Perdue
#14755-040

# Addendum

I'm writing to the clerk to let you know why "administrative remedies" are not available here nor were they at U.S.P. Lee, staff are threating and throwing away BP8's etc. I was in Fear for my life because of a incident at U.S.P. Lee where I was accused of staff assault and beating in chains for (3) Three days and I was hospitalized for a "torn bicep" I was afraid to File then and I had my family call the prison and U.S.P. Lee LT's etc. brought me to the LT's office and told me they were going to hurt my family if I didn't tell them "back off". This place isn't any different in there methods. Also I would like the Clerk to know mail here comes 30 days later after its reached the institution, so some documents like the "Finacial statements" will be pass the two week mark due because of this, and because of these reasons I'm asking my complaint will be filed in a timely fashion in this Honorable Court.

/S/ Jasper Perdue
Jasper Perdue
# 14755-040

INMATE NAME Jasper Perdue
INMATE REG # 14755-040
UNITED STATES PENITENTIARY
P.O. BOX 1002
THOMSON, IL 61285

QUAD CITIES IL 612
20 APR 2021 P 2 L



FOREVER / USA  FOREVER / USA

INMATE
IDENTIFICATION
CONFIRMED

U.S. District Court
210 Franklin Road, SW Suite 540
Roanoke Va. 24011

Legal mail

24011$0003