**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | |
|---|---|
| **JASPER PERDUE,**<br>     **Plaintiff,** | **Civil Action No. 7:21CV00240** |
| **v.** | **ORDER** |
| **WARDEN STREEVAL, ET AL,**<br>     **Defendant(s)** | **By: Hon. Pamela Meade Sargent**<br>**United States Magistrate Judge** |

Plaintiff filed a civil rights action pursuant to Bivens v. Six Unknown Names Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971).  As plaintiff has not prepaid the filing fee, the court shall consider plaintiff's eligibility to proceed in forma pauperis.  Inasmuch as the complaint and attachments do not conform to all requirements for in forma pauperis prisoner civil rights actions as promulgated under 28 U.S.C. § 1915(a), it is now

**O R D E R E D**

as follows:

(1)    The complaint shall be conditionally filed pending satisfaction of the requirements set forth herein.  Plaintiff is advised that the court will not adjudicate legal and factual matters discussed in either a pleading or motion in this conditionally filed action until plaintiff cures the deficiencies noted in this Order.  Accordingly, plaintiff is encouraged to first resolve the noted deficiencies before filing motions or pleadings.

(2)    Plaintiff is assessed fees of $402.00 in this case, which includes a $52.00 administrative fee.

(3)    Plaintiff is hereby provided **the opportunity** to apply to proceed in forma pauperis and is not required to pay the filing fee at this time.  If the court determines that the plaintiff may proceed in forma pauperis, plaintiff will be required to pay the $350.00 filing fee without the additional $52.00 administrative fee and may pay the fee in installments withheld from his inmate trust account, pursuant to 28 U.S.C. § 1915(b).  To request

authorization to pay the fee in installments withheld from his inmate trust account, pursuant to the requirements of 28 U.S.C. § 1915(a)(2), plaintiff must return to the court a statement of assets, an inmate account form, and a certified copy of plaintiff's trust fund account statement for the six-month period immediately preceding the filing of the complaint, obtained from the appropriate prison official of each prison at which plaintiff is or was confined during that six-month period. See enclosed form(s). The Trust Officer at plaintiff's place of incarceration shall treat this Order as an instruction to provide the plaintiff with additional photocopying service loans to the extent necessary to provide certified copies of the requested trust account statements. FAILURE OF THE PLAINTIFF TO SUBMIT THE REQUESTED INFORMATION WITHIN TWENTY (20) DAYS SHALL RESULT IN DISMISSAL OF THIS ACTION WITHOUT PREJUDICE. This Order may be rescinded if the court determines that plaintiff has had three prior cases dismissed as frivolous, malicious, or for failure to state a claim, pursuant to 28 U.S.C. § 1915(g). Plaintiff is notified that if he does not qualify to proceed without prepayment of the filing fee under § 1915(a)(2), he will be required submit the full $350.00 filing fee and as of December 1, 2020, a $52.00 administrative fee before his civil action can proceed. **Never use tape on any pleading sent to the Court.**

(4)     Plaintiff is advised that under 42 U.S.C. § 1997e(a), a prisoner must exhaust available administrative remedies before filing a federal lawsuit about conditions or events in prison. If the defendants prove that plaintiff has not done so, the court may dismiss the action without prejudice, even after plaintiff has consented to paying the filing fee. If plaintiff knows that all available administrative remedies were not exhausted before plaintiff submitted the complaint to the court, plaintiff may move for voluntary dismissal of this action without prejudice and file the claims in a new and separate civil action, once administrative remedies have been exhausted.

(5)     Plaintiff is advised that a prisoner may not bring a civil action without complete
        prepayment of the appropriate filing fee and, as of December 1, 2020, a $52.00
        administrative fee, if the prisoner has brought on three or more occasions, an action or
        appeal in a federal court that was dismissed as frivolous, as malicious, or for failure to
        state a claim upon which relief may be granted, unless the prisoner is in imminent danger
        of serious physical injury.  See 28 U.S.C. § 1915(g).  Plaintiff is advised that if plaintiff
        has had prior cases dismissed for any of the above-stated reasons, these prior dismissals
        may limit plaintiff's ability to file new cases without prepaying the full $402.00 in filing
        costs.  If plaintiff believes that this case, or any other pending case, may be dismissed as
        frivolous, as malicious, or for failure to state a claim upon which relief may be granted,
        plaintiff may file a motion for voluntary dismissal of such case(s) pursuant to Rule 41(a)
        of the Federal Rules of Civil Procedure.

(6)     Plaintiff shall notify the court in writing immediately upon plaintiff's transfer or release
        and shall provide a new address.  FAILURE TO NOTIFY THE COURT OF SUCH A
        CHANGE OF ADDRESS WILL RESULT IN DISMISSAL OF THIS CASE.

(7)     Pursuant to a Standing Order of Court, all non-dispositive matters in this case will be
        referred to a United States Magistrate Judge.

(8)     Plaintiff must include the above referenced case number in any document that plaintiff
        submits to the court related to this action.  Plaintiff's submissions should be legible,
        written on one side of the paper only, with at least one-inch of clear space on all sides of
        the page.  In any document plaintiff submits to the court, pursuant to General Rule 8 of
        the Local Rules of the United States District Court for the Western District of Virginia,
        plaintiff must omit, black out, or abbreviate personal data identifiers as follows: social
        security numbers (use only the last four digits), names of minor children (use initials),
        dates of birth (list only the birth year), financial account numbers (list only the last four

digits), and home addresses (list only city and state). Submissions that do not comply with this paragraph may be returned to plaintiff without being entered by the court.

All mailed pleadings should be sent to: Clerk, U.S. District Court, 210 Franklin Road, S.W. Suite 540, Roanoke, VA 24011-2208.

The Clerk is directed to send a certified copy of this Order to plaintiff.

ENTER:        This 23rd day of April, 2021

/s/ Pamela Meade Sargent
United States Magistrate Judge

# PRISONER TRUST ACCOUNT REPORT

Case No.  7:21CV00240

Plaintiff: JASPER PERDUE v. Defendant(s): WARDEN STREEVAL, ET AL

**THIS FORM IS FOR THE TRUST OFFICER TO FILL OUT AND RETURN TO INMATE TO SEND BACK TO THE COURT - \*MAKE SURE SIX-MONTH STATEMENTS ARE INCLUDED\* FROM: Clerk, United States District Court for the Western District of Virginia**

**INMATE NAME AND INMATE NO.** JASPER PERDUE, #14755-040

Under the Prison Litigation Reform Act, a prisoner filing a civil action must obtain from the trust officer of each institution in which the prisoner was confined during the **preceding six-months** a certified copy of the prisoner's trust account statement for the six-months prior to the filing of the civil action. Accordingly, the trust officer is requested to complete this form, attach supporting ledger/statements, \*and return these documents to the prisoner within 10 days.

Was the inmate incarcerated anywhere else besides this facility in the last six months? _____ Yes \_\_\_\_\_ No

If yes, which facility? _____

If yes, state month(s) and year(s) the inmate was incarcerated at that other facility.

_____Month(s) _____Year(s)

**DATE THIS ACTION WAS FILED WITH THE COURT:** _____

(Example- If this case was filed in January- The court needs six-month statements for July – December)

Total Deposits for **six-months prior** to filing this action    Account Balance on last day of month for **six-months prior** to filing this action

| Month | Amount | Month | Amount |
|-------|--------|-------|--------|
| OCT | _____ | OCT | _____ |
| NOV | _____ | NOV | _____ |
| DEC | _____ | DEC | _____ |
| JAN | _____ | JAN | _____ |
| FEB | _____ | FEB | _____ |
| MAR | _____ | MAR | _____ |

**$**_____    **$**_____

AVERAGE MONTHLY DEPOSITS    AVERAGE MONTHLY BALANCE

I certify that the above information accurately states the deposits and balances in the prisoner's trust account for the period shown and that the attached six-month statements are true copies of account records maintained in the ordinary course of business.

**TRUST OFFICER SIGNATURE**_____ **DATE:**_____

**\*In the event the prisoner has insufficient funds in his/her prisoner trust account to pay for copies of the required six-month statements, the facility shall provide the prisoner additional photocopying service loans.**

**JASPER PERDUE,**
        **Plaintiff,**                                        Civil Action No. 7:21CV00240

**v.**                                        STATEMENT OF ASSETS

 **WARDEN STREEVAL, ET AL**,
        **Defendant(s).**


I, _____ , declare that I am the petitioner in the above-styled proceeding; that in support of my request to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty, I am unable to pay the costs of said proceeding, or give security therefore; that I believe I am entitled to relief.

In support of my in forma pauperis application, I answer the following questions:

1.        Are you presently employed?        _____Yes        _____No

        If yes, what is your monthly income? _____

        If no, state the date of your last employment._____

2.        Have you received any money in the last twelve months from the following sources?
        Business, Profession, Self-Employment:        _____Yes        _____No
        Rent Payments, Interest or Dividends:        _____Yes        _____No
        Pensions, Annuities or Life Insurance:        _____Yes        _____No
        Gifts or Inheritances:        _____Yes        _____No
        Any Other Sources:        _____Yes        _____No

        If the answer to any of the above is Yes, please state the source and amount of each received during the past year.

3.        Do you own any cash, or have any money on hand - Include any funds held in Prison Accounts.

        _____Yes        _____No    If Yes, State the Value        _____

4.        Do you own any real estate, stocks, bond, notes, automobiles or other valuable property - (excluding clothing and ordinary household furnishings)?

        _____Yes        _____No    If Yes, State the Value        _____

5.        List the persons who depend upon you for support.  State your relationship to same and indicate how much you contribute toward their support.

**I declare under penalty of perjury that the foregoing is true and correct.**


**DATED: _____        SIGNED: _____**