**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | | |
|---|---|---|
| **JASPER PERDUE,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 7:21CV00240 |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| **WARDEN STREEVAL,** | ) | JUDGE JAMES P. JONES |
| | ) | |
| Defendant. | ) | |

For the reasons set forth in the Opinion and Order granting the Motion to Dismiss, judgment is entered in favor of Defendant.

The Clerk shall close the case.

ENTER:  September 6, 2022

/s/  JAMES P. JONES
Senior United States District Judge